AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
JUL 0 7 2016
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| David LOPEZ-Cardenas | ) | Case No. M-16-1290-M |
| YOB: 1973  Citizenship: Mexican | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 6, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Cocaine |
| 21 U.S.C. § 952 | Illegal Importation of Cocaine |

This criminal complaint is based on these facts:
On July 6, 2016, David LOPEZ-Cardenas was detained attempting to enter the United States through the Hidalgo, Texas Port of Entry with approximately 8.12 kilograms of cocaine concealed inside the intake manifold area of the vehicle he was driving.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved by

Sworn to before me and signed in my presence.

Date: 7/7/2016

City and state: McAllen, Texas

*Complainant's signature*

Gaston Trevino, HSI Task Force Officer
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge Dorina Ramos
*Printed name and title*

**Attachment "A"**

On July 6, 2016, a white Ford Explorer driven by David LOPEZ-Cardenas made entry at the Hidalgo, Texas Port of Entry thru the primary inspection station. Supervisory Customs and Border Protection Officer (SCBPO) Efrain Gonzalez was conducting pre-primary inspections and asked LOPEZ to turn off the vehicle and performed an inspection of the vehicles engine area. SCBPO Gonzalez noticed tampering with a clamp on the intake manifold and referred the vehicle to secondary inspection. In secondary inspection, CBPO Dana Almeida observed LOPEZ to be agitated when he arrived. CBPO Almeida assisted SCBPO Gonzalez inspecting the engine area of the vehicle. They observed tampering with a clamp on the intake manifold of the vehicle. CBPO Almeida requested the assistance of CBPO A. Meza and Narcotics Detection Dog (NDD)"Nouska". NDD "Nouska" alerted to the intake manifold area of the vehicle. Further physical inspection of the vehicle revealed a total of 7 packages which field tested positive for properties of cocaine in the intake manifold. Approximately 8.12 kilograms of cocaine were retrieved from the vehicle.

Homeland Security Investigations (HSI) Special Agent (SA) Christopher Villarreal was advised of the situation. SA Villarreal, SA JJ Flores and HSI Task Force Officer (HSI TFO) Gaston Trevino responded to the Hidalgo, Texas Port of Entry to interview LOPEZ-Cardenas. SA Flores read LOPEZ-Cardenas his Miranda rights as witnessed by HSI TFO Trevino. LOPEZ-Cardenas waived his rights in writing and elected to speak to SA Flores and CBPEO Trevino. LOPEZ-Cardenas stated he purchased the Ford Explorer he was driving approximately 7 months prior and he paid $6000 U.S. dollars. LOPEZ-Cardenas told agents he made between $800-$1200 dollars monthly and could not explain how he could afford to purchase a vehicle that would cost him half a year's salary. LOPEZ-Cardenas stated he was traveling into the United States for work purposes. When questioned about the phone number to his supervisor to verify his employment, LOPEZ-Cardenas could not provide it. LOPEZ-Cardenas stated he was in possession of his vehicle the entire time he owned it. He denied knowledge of the illegal narcotics in the vehicle.